IN the INTEREST OF: A.H.

**Juvenile Officer and Department of Social Services, Children's Division, Respondents,**

v.

**S.U. (Father), Appellant.**

**WD 79023**

Missouri Court of Appeals, Western District.

Filed: June 28, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied August 2, 2016.

Application for Transfer Denied September 20, 2016

Kurt Valentine, Jefferson City, MO, for respondent Juvenile Officer.

Chris Koster, Attorney General, and Gary L. Gardner, Assistant Attorney General, Jefferson City, MO, for respondent Missouri Department of Social Services, Children's Division.

Curtis G Hanrahan and Gabriel E. Harris, Jefferson City, MO, for appellant.

Jessica M. Christiansen, Jefferson City, MO, guardian ad litem.

Before Division One: Lisa White Hardwick, Presiding Judge, Thomas H. Newton and Cynthia L. Martin, Judges

ORDER

Per Curiam

S.U. appeals the juvenile court's judgment terminating his parental rights to his daughter, A.H. He contends the judgment was not supported by clear, cogent, and convincing evidence and was against the weight of the evidence. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).